UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:04-CR-447-RLH-PAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LEVI WAYNE BOWMAN | ) | |
| | ) | |
| Defendant. | ) | |

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 17 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#23) on August 24, 2005.   Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: Wells Fargo Bank
Amount of Restitution: $19,006.00

Name of Payee: Bank of America
Amount of Restitution: $75,621.00

**Total Amount of Restitution ordered:**  $94,627.00

Dated this ___17___ day of , 2016.

UNITED STATES DISTRICT JUDGE